George J. McArdell, Respondent, v. The American Car Sprinkler Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Michael M. Callahan, Respondent, v. The Erie Railroad Company, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

The People of the State of New York, Respondent, v. Charles Clary, Appellant. — Motion for reargument denied.

The Town of Irondequoit, Respondent, v. Sepharine Costich, Appellant.— Motion for leave to appeal to Court of Appeals granted.

William J. Fox, Respondent, v. Millard Construction Company, Appellant.— Motion for reargument denied, with ten dollars costs.

George W. White and Another, Respondents,. v. Norman B. Hayes and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Ida M. Palmer, as Administratrix, etc., Respondent, v. International Paper Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

George W. Griffith, Respondent, v. The Citizens' Telephone Company, Appellant.— Motion to dismiss appeal granted unless appellant shall within thirty days file and serve the printed papers on appeal as required by general rule 41.

The People of the State of New York, Respondent, v. Benjamin Lambert, Appellant.— Appeal dismissed upon stipulation filed.

Prentiss Tool and Supply Company, Respondent, v. Hydraulic Machinery Company, Appellant.— Motion to dismiss appeal granted unless appellant shall serve printed brief on or before July 18, 1910, and pay ten dollars costs of this motion.

Buffalo Foundry and Machine Company, Respondent, v. Lockport Rubber Works, Appellant.— Motion to dismiss appeal granted unless appellant shall, on or before August 10, 1910, file and serve printed papers on appeal as required by general rule 41.

William D. Smith, Respondent, v. John Steff, Appellant. Wayne-Monroe Telephone Company, Respondent, v. Ontario Telephone Company and Empire State Telephone and Telegraph Company, Appellants. The People of the State of New York ex rel. Delaware, Lackawanna and Western Railroad Company, Appellant, v. Alexander D. Carmichael and Others, as Assessors, etc., Respondents. The People of the State of New York ex rel. Delaware, Lackawanna and Western Railroad Company, Appellant, v. John Butler and Others, as Assessors, etc., Respondents. The People of the State of New York ex rel. Delaware, Lackawanna and Western Railroad Company, Appellant, v. Maurice Nelan and Others, as Assessors, etc., Respondents.— Appeals dismissed, without costs, upon stipulations filed.